UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-90-1F

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> RAMON SINGLETON | ORDER TO SEAL |

On motion of the defendant, Ramon Singleton, and for good cause shown, it is hereby ORDERED that the **[DE 33]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _15_ day of _June_, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge