UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ramon Singleton**                                   **Docket No. 7:08-CR-90-1BO**

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ramon Singleton, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess With the Intent to Distribute More Than 5 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 14, 2009, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ramon Singleton was released from custody on March 10, 2017, at which time the term of supervised release commenced.

On December 27, 2017, it was reported to the court that on December 13, 2017, the defendant submitted a urinalysis sample that tested positive for methamphetamines. The court agreed to continue supervision, so long as the defendant complied with his treatment plan.

On November 5, 2018, it was reported to the court that the defendant had missed one or more payments towards his monetary obligations and was verbally reprimanded for the same. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has reported to the probation officer that he has mental health concerns and is willing to comply with any counseling required by the probation officer. As a result, we are requesting that the conditions of probation be modified to include mental health counseling as directed by the probation officer.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Ramon Singleton
Docket No. 7:08-CR-90-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: December 6, 2018

## ORDER OF THE COURT

Considered and ordered this ___7___ day of __December__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief U.S. District Judge